IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD GLEN TAYLOR, | No. 2:19-CV-2375-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| ANISE ADAMS, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Before the Court are Plaintiff's motions for an extension of 30 days to file a second amended complaint. ECF Nos. 13, 14. The Court previously screened Plaintiff's original complaint as require under 28 U.S.C. § 1915A. ECF No. 12. The Court dismissed the original complaint with leave to amend. Id. Plaintiff now moves for additional time to file a first amended complaint because of COVID-19 related restrictions in prison and limited access to the prison's law library. See ECF Nos. 13, 14. For good cause shown, Plaintiff's motion is granted. Plaintiff shall file a first amended complaint within 30 days of the date of this order.

IT IS SO ORDERED.

Dated: April 30, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1