IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD GLEN TAYLOR,<br><br>Plaintiff,<br><br>v.<br><br>S. PALAGUMMI, et al.,<br><br>Defendants. | No. 2:19-CV-2375-JAM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed a "motion" asking that Defendant Malakkla be dismissed. See ECF No. 18. Plaintiff's motion is construed as a notice of voluntary dismissal of Defendant Malakkla. Because no answer or motion for summary judgment has been filed, leave of court is not required and Defendant Malakkla is dismissed on Plaintiff's notice. See Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of the Court is directed to terminate ECF No. 18 as a pending motion. By separate order, the Court will direct service of the action in Defendants Palagummi and Sonza.

IT IS SO ORDERED.

Dated: August 30, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1