IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD GLEN TAYLOR,<br><br>   Plaintiff,<br><br>   v.<br><br>S. PALAGUMMI,<br><br>   Defendant. | No.  2:19-CV-2375-JAM-DMC-P<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Defendant's motion to revoke Plaintiff's in forma pauperis status, ECF No. 32.  Plaintiff has not filed an opposition.

Defendant argues that the Court should dismiss this action without prejudice to re-filing upon pre-payment of the filing fees because Plaintiff is not entitled to in forma pauperis status under the Prison Litigation Reform Act.  See ECF No. 32-1.  Pursuant to Eastern District of California Local Rule 230(c), the Court construes Plaintiff's failure to file an opposition to Defendant's motion as consent to the relief requested.

/ / /

/ / /

/ / /

/ /

1

Based on the foregoing, the undersigned recommends that:

1. Defendant's unopposed motion to revoke Plaintiff's in forma pauperis status, ECF No. 32, be granted; and

2. This action be dismissed without prejudice to re-filing upon pre-payment of fees therefor.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 14 days after being served with these findings and recommendations, any party may file written objections with the Court. Responses to objections shall be filed within 14 days after service of objections. Failure to file objections within the specified time may waive the right to appeal. See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: February 11, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2