UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD GLEN TAYLOR,<br><br>          Plaintiff,<br><br>     v.<br><br>S. PALAGUMMI, et al.,<br><br>          Defendants. | No. 2:19-cv-02375-DAD-DMC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS' MOTION TO REVOKE PLAINTIFF'S *IN FORMA PAUPERIS* STATUS<br><br>(Doc. Nos. 32, 38) |

Plaintiff Bernard Glen Taylor is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 22, 2021, defendants filed a motion requesting an order revoking plaintiff's *in forma pauperis* status because, prior to filing this action, plaintiff had accrued three or more prior dismissals that count as strikes under 28 U.S.C. § 1915(g).  (Doc. No. 32.)  Plaintiff did not file an opposition to defendants' motion.

On February 14, 2022, the assigned magistrate judge issued findings and recommendations recommending that defendants' pending motion be granted.  (Doc. No. 38.) The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id*. at 2.)  To date, no

objections to the findings and recommendations have been filed, and the time in which to do so has now passed.[1]

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on February 14, 2022 (Doc. No. 38) are adopted in full;
2. Defendants' motion requesting an order revoking plaintiff's *in forma pauperis* status (Doc. No. 32) is granted;
3. The December 16, 2019 order granting plaintiff's application to proceed *in forma pauperis* (Doc. No. 8) is vacated;
4. Plaintiff's *in forma pauperis* status is revoked;
5. Within thirty (30) days from the date of service of this order, plaintiff shall pay the required filing fee of $402.00 in full to proceed with this action;
6. Failure to pay the filing fee within the allotted time will result in dismissal of this action; and
7. The Clerk of the Court is directed to serve a copy of this order on the California Department of Corrections and Rehabilitation and on the Financial Department of the U.S. District Court for the Eastern District of California.

IT IS SO ORDERED.

Dated:   **November 8, 2022**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

---

[1] This case was reassigned to the undersigned district judge on August 25, 2022. (Doc. No. 45.)