IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD GLEN TAYLOR, | No. 2:19-CV-2375-DAD-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| S. PALAGUMMI, | |
| Defendant. | |

Plaintiff, a former prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 49, for an extension of time to pay the filing fees for this action as directed in the District Judge's November 9, 2022, order revoking Plaintiff's in forma pauperis status. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to a recent illness, Plaintiff's motion will granted. Also before the Court is Plaintiff's motion, ECF No. 47, for leave to proceed in forma pauperis. This motion will be denied pursuant to the District Judge's order determining that Plaintiff is not entitled to proceed in forma pauperis in this action.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 47, is denied pursuant to the District Judge's November 9, 2022, order;

2. Plaintiff's motion for an extension of time, ECF No. 49, to pay the filing fees for this action is granted; and

3. Plaintiff shall pay the full filing fees within 30 days of the date of this order.

Dated: January 24, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2