IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD GLEN TAYLOR, | No. 2:19-CV-2375-DAD-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| JOHN SONZA, et al., | |
| Defendants. | |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

        A review of the docket reflects that Plaintiff has resolved the fee status for this case. Defendant Palagummi has waived service of process and will be directed to file a response to the operative second amended complaint within 30 days of the date of this order.

        Process directed to Defendant Sonza was returned unexecuted. See ECF No. 30. Plaintiff must provide additional information to serve this Defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Cal. Gov't. Code § 6250, et seq., or other means available to Plaintiff. If access to the required information is denied or unreasonably delayed, Plaintiff may seek judicial intervention. Once additional information sufficient to effect service is obtained, Plaintiff shall notify the Court whereupon Plaintiff will be forwarded the forms necessary for service by the U.S. Marshal. Plaintiff is

cautioned that failure to effect service may result in the dismissal of unserved defendants. See Fed. R. Civ. P. 4(m).

Finally, Plaintiff has filed a request for damages, ECF No. 41. This request will be denied as unnecessary because Plaintiff has already included a request for damages and other relief in his second amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant Palagummi shall file a response to Plaintiff's second amended complaint within 30 days of the date of this order;

2. Plaintiff shall promptly seek additional information sufficient to effect service on any unserved defendants and notify the Court once such information is ascertained; and

3. Plaintiff's request for damages, ECF No. 41, is denied as unnecessary.

Dated: March 17, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE