IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD GLEN TAYLOR, | No. 2:19-CV-2375-DJC-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| S. PALAGUMMI, | |
| Defendant. | |

        Plaintiff, who is proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

        Pending before the Court is Defendant's motion to compel Plaintiff's attendance at his deposition. See ECF No. 58. Defendant also seeks modification of the discovery and scheduling order for this case to allow for Plaintiff's deposition to be taken within 60 days and for an extension of the dispositive motion filing deadline. See id. Plaintiff has filed an opposition. See ECF No. 59. Defendant has filed a reply. See ECF No. 61.

        Also before the Court are Plaintiff's motions for referral to a settlement conference, ECF No. 63, and Plaintiff's motion for default judgment, ECF No. 62.

///

///

///

1           The Court first addresses Defendant's motion to compel. Defendant served a
2    notice of deposition on Plaintiff at his address of record in Sacramento, California, on December
3    21, 2023, for a deposition to occur in Sacramento, California, on January 8, 2024, at 9:00 a.m.
4    See ECF No. 58, pg. 7 (declaration of defense counsel). Plaintiff did not appear. See id. at 8. In
5    his opposition, Plaintiff states that he never received the deposition notice and asks that he be
6    permitted to appear at a re-noticed deposition. See ECF No. 59.

7           Good cause appearing therefor based on Plaintiff's failure to appear for his
8    deposition pursuant to a deposition notice properly served on Plaintiff at his address of record,
9    Defendant's motion to compel will be granted. Plaintiff will be directed to appear for his
10   properly noticed deposition within 60 days of the date of this order. The Court will also extend
11   the dispositive motion filing deadline.

12          Turning next to Plaintiff's motion for referral of this matter for a settlement
13   conference, the Court observes that this matter was previously referred to the Court's Early
14   Alternative Dispute Resolution program but that Defendant opted-out of such referral at the time.
15   The Court will entertain a renewed joint request for referral to a settlement conference following
16   completion of Plaintiff's deposition as ordered herein. In the meantime, Plaintiff's motion for
17   referral to a settlement conference will be denied.

18          Finally, turning to Plaintiff's request for a default judgment, Plaintiff asks for a
19   default judgment in his favor because, according to Plaintiff, Defendant is "not going to respond
20   to my deposition." Given that no deposition has occurred, this statement is puzzling. In any
21   event, a review of the docket reflects that the only remaining defendant to this action has
22   answered the operative complaint and no default has been entered by the Clerk of the Court.
23   Given the lack of any entry of default, Plaintiff's motion will be denied as procedurally
24   premature.
25   / / /
26   / / /
27   / / /
28   / / /

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendant's motion to compel, ECF No. 58, is GRANTED.

2. Plaintiff shall appear at his properly noticed deposition within 60 days of the date of this order.

3. Dispositive motions shall be filed within 120 days of the date of this order.

4. Plaintiff's motion for referral to a settlement conference, ECF No. 63, is DENIED without prejudice to renewal as a joint request following completion of Plaintiff's deposition.

5. Plaintiff's motion for a default judgment, ECF No. 62, is DENIED as procedurally premature.

Dated: June 12, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE