IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD GLEN TAYLOR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. PALAGUMMI,<br><br>　　　　Defendant. | No. 2:19-CV-2375-DJC-DMC-P<br><br><br>ORDER |

Plaintiff, a former prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On July 16, 2025, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed July 16, 2025, ECF No. 68, are adopted in full.

2. Defendant Sonza is dismissed for failure to effect timely service of process.

3. Defendant Palagummi's unopposed motion for summary judgment, ECF No. 66, is granted.

4. The Clerk of the Court is directed to enter judgment and close this file.

IT IS SO ORDERED.

Dated:   **August 15, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE